■ In the Matter of ROZETTA DARBY MCDOWELL. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Moule, JJ.

■ EDWARD FALLON, APPELLANT, v PAUL LOREE et al., Respondents. — Motion to dismiss appeal dismissed. Memorandum: The papers submitted on the motion are insufficient to enable the court to make a proper determination. Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Denman, JJ.

■ THOMAS MALONEY, Appellant, v DORIS MALONEY, Respondent. — Motion for attorney's fees denied. (*Matter of Ebright v Ward,* 39 AD2d 1013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v CLARA HORNER, Defendant. — Motion to change venue of trial of indictment from Genesee County denied. Memorandum: We conclude that defendant has not on this application met her burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Genesee County (CPL 230.20, subd 2). If it develops during *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v DiPiazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844.) Present — Dillon, P. J., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD DAVIS, Appellant. — Motion for order directing appointment of special prosecutor denied, without prejudice, in accordance with memorandum. Memorandum: On this appeal we are requested to appoint a Special Prosecutor pursuant to section 701 of the County Law on the ground that the District Attorney is disqualified from acting in this case since defendant's trial counsel is now a member of his staff. Under section 701 "a superior criminal court in the county wherein the action is triable" is empowered to grant this relief. (See *People v Ferdinando,* 40 AD2d 714.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ.